**SAO**
KYM S. CUSHING, ESQ.
Nevada Bar No. 9580
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: kym@richardharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI MCGRATH, individually<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; DOE INDIVIDUALS 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00036-JCM-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE FOR PLAINTIFF'S OPPOSITION** |

COMES NOW, Plaintiff LORI MCGRATH, by and through her attorney of record, KYM S. CUSHING, ESQ., of the RICHARD HARRIS LAW FIRM, and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY by and through their attorney ANDREW C. GREEN, ESQ. of KOELLER NEBEKER CARLSON & HALUCK, LLP hereby respectfully requests that Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative, to Strike or For a More Definite Statement be extended until the end

/ / /

1

of the day on February 1, 2019.

DATED this 24th day of January, 2019.

**RICHARD HARRIS LAW FIRM**

BY: /s/ *Kym S. Cushing*
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 24th day of January, 2019.

**KOELLER NEBEKER CARLSON & HALUCK, LLP**

BY: /s/ *Andrew C. Green*
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
400 S. Fourth Street, Suite 600
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**RICHARD HARRIS LAW FIRM**

BY: /s/ *Kym S. Cushing*
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*